**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-6754**

———————————

NEIL TAFARRIO WILLOUGHBY,

Plaintiff - Appellant,

versus

HERB L. JACKSON; MICHAEL S. HAMDEN; LYNN RUPP;
LISA CHUN,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:06-ct-03031-BO)

———————————

Submitted: September 26, 2006        Decided: October 2, 2006

———————————

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Neil Tafarrio Willoughby, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Neil Tafarrio Willoughby appeals the district court's order dismissing his civil action under 42 U.S.C. § 1983 (2000) as frivolous under 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find that the appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Willoughby v. Jackson</u>, No. 5:06-ct-03031-BO (E.D.N.C. filed Apr. 11, 2006 & entered Apr. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

<u>DISMISSED</u>

- 2 -